NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1230

ARIBA, INC.,

Plaintiff-Appellee,

v.

EMPTORIS, INC.,

Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of Texas in case no. 9:07-CV-90, Judge Ron Clark.

ON MOTION

ORDER

Charles H. Carpenter moves for leave to withdraw as counsel for Emptoris, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert T. Haslam, Esq.
     Michael T. Renaud, Esq.
     Charles H. Carpenter, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 8 2009

JAN HORBALY
CLERK